UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN DUPAR
(520040)

VERSUS

JIMMY LEBLANC, ET AL

CIVIL ACTION

NO. 11-0577-BAJ-CN

RULING

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 18, 2011 (doc. 7) to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's action shall by dismissed, without prejudice, for failure to pay the Court's initial partial filing fee and for failure to comply with orders of this Court without justification.

Baton Rouge, Louisiana, December 23, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA